**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6190**

———————

WILLIE MORRIS MCBRIDE,

Petitioner - Appellant,

versus

C. T. NULTY, Superintendent,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-97-476-3)

———————

Submitted: August 27, 1998      Decided: September 11, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Willie Morris McBride, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>McBride v. Nulty</u>, No. CA-97-476-3 (E.D. Va. Jan. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>